No. 01–10597. BENITEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–10598. HARPER v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–10599. PETERSON v. UTAH ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–10600. TRAMBLE-BEY v. SKIBA ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–10601. CASTILLO DE SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–10602. BAILEY v. METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–10603. MYERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–10604. PIZZICHIELLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10605. CASSEUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–10606. MEJIA-PLASENCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–10607. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–10608. JOHNSON v. NEWLAND ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–10609. CRAWFORD v. HARRISON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–10610. BAKER v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.